**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Fedencio J. ARELLANO, Defendant–Appellant.**

No. 05–16028
**Non–Argument Calendar.**
**D.C. Docket No. 05–00004–CR–FTM–29DNF.**

United States Court of Appeals, Eleventh Circuit.

June 21, 2006.

David Jonathon Joffe, Joffe & Joffe, P.A., Ft. Lauderdale, FL, for Defendant–Appellant.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

---

Before TJOFLAT, BIRCH and HILL, Circuit Judges.

PER CURIAM:

David J. Joffe, counsel for Fedencio J. Arellano in this direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Arellano's convictions and sentences are AFFIRMED.